[No. 12111–1–I.   Division One.   April 24, 1985.]

GEORGE D. LEWIS, ET AL, *Appellants,* v.
J. CARROLL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–03748–0, Frank L. Sullivan, J., entered July 28, 1982. *Reversed* and *remanded* by unpublished opinion per Swanson, J., concurred in by Coleman, J., and Henry, J. Pro Tem.

[No. 13961–4–I.   Division One.   April 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN L. DEHNHOFF, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00405–0, John E. Rutter, Jr., J., entered October 20, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Corbett, C.J., and Coleman, J.

[Nos. 13357–8–I; 13769–7–I.   Division One.   April 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE DOUGLAS ALEXANDER, *Appellant.*

*In the Matter of the Personal Restraint of*
BRUCE DOUGLAS ALEXANDER, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00672–1, Frank J. Eberharter, J., entered June 16, 1983, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Corbett, C.J., concurred in by Williams and Scholfield, JJ.